# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Priority Mail Express Parcel EL605964630US to "MH,<br>1323 23rd Ave #6, Fairbanks, AK 99701" | )<br>)<br>)   Case No.   03:17-MJ-00227 DMS<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Alaska _____
*(identify the person or describe the property to be searched and give its location)*:

Priority Mail Express Parcel EL605964630US to "MH, 1323 23rd Ave #6, Fairbanks, AK 99701," from "DH 355 Pure April Ave, LV, NV 89183," currently in the possession of the US Postal Inspection Service.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substances, namely acid, MDMA, cocaine and/or marijuana, methamphetamine, heroin, prescription drugs, and associated packing material.

**YOU ARE COMMANDED** to execute this warrant on or before   May 12, 2017   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   May 12, 2017
                        @ 10:37 a.m.

City and state:   Anchorage, AK

/s/ Kevin F. McCoy
United States Magistrate Judge
Signature Redacted

*Printed name and title*

# Return

| Case No.: 03:17-MJ-00227-DMS | Date and time warrant executed: 05/12/2017 11:00 am | Copy of warrant and inventory left with: USPIS Anchorage, AK |
|---|---|---|

Inventory made in the presence of :
Inspector Jared Lonborg and Inspector Andrew E Grow, Jr.

Inventory of the property taken and name of any person(s) seized:

Approximately 973.67 gross grams (34.2oz) of a green leafy substance that resembles marijuana wrapped in three (3) different plastic bags.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/19/17

Signature Redacted

*Executing officer's signature*

Andrew E Grow, Jr. US Postal Inspector
*Printed name and title*

Subscribed, sworn to, and returned before me this date.

/s/ Kevin F. McCoy
United States Magistrate Judge
Signature Redacted

May 19, 2017

KEVIN F MCCOY
U.S. Magistrate Judge